UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Carolyn Button , ;**

**Defendant**(s): **Aaron McRae , ; Jane Doe McRae , ; Ross Teeple , Sheriff of Pinal County; Pinal County , County of the State of Arizona; John and Jane Does 1-10 , ;**

County of Residence: Pinal

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480-999-4556
**Robert T. Mills ,**
Mills + Woods Law, PLLC
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480-999-4556

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **3. Federal Question (U.S. not a party)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI.Cause of Action: | **42 U.S.C. 1983 - The Defendant(s) violated her 4th Amendment Rights** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

---

**Signature:** /s/ Sean A. Woods

**Date:** 10/22/2026



If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014