IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Carolyn Button,

Plaintiff,

v.

Aaron McRae, et al.,

Defendants.

CASE NO:
CV−26−07784−PHX−GMS (DMF)

**NOTICE OF ASSIGNMENT**

On October 22, 2026, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge G Murray Snow and has been referred to Magistrate Judge Deborah M Fine (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

DATED this 22nd day of October, 2026.

*s/Daniel R. McAllister*

Daniel R. McAllister
District Court Executive & Clerk of Court

cc: Plaintiff